# United States District Court

| EASTERN | DISTRICT OF | TENNESSEE |

USA TRUCK, INC.            **JUDGMENT IN A CIVIL CASE**

V.        CASE NUMBER: 3:05-cv-334

FREIGHTLINER OF KNOXVILLE, INC.

[X]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is awarded in favor of the plaintiff, USA Truck, Inc., and against the defendant, Freightliner of Knoxville, Inc., in the amount of Two Thousand Two Hundred and Sixty-six Dollars ($2,266.00) and the costs of this cause.

| November 30, 2006 | Patricia L. McNutt, Clerk |
| Date | |
| | By    s/ Janet M. Jackson |
| | Deputy Clerk |